## IN JESUS' MIGHTY NAME OF LORD JESUS CHRIST AND TO THE IMMEASURABLE GLORY OF THE ONLY TRUE LIVING GOD:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

---

**RECEIVED**
JUL − 8 2024
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

**A STRONG CITY,**
an Ohio nonprofit charitable domestic corporation, and
**REV. DR. ANDREW D. WENMOTH,** on behalf
of the citizens of the City of Columbus, Ohio, U.S.A.,

*Plaintiffs*

−v−

The City of Columbus, Ohio, et al.

*Defendants*
(Write the full name of each defendant who is liable/culpable. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **2:24 CV 3668**
*(to be filled in by the Clerk's Office)*
**JUDGE GRAHAM**
**MAGISTRATE JUDGE DEAVERS**

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

*a RICO Act violations* [handwritten annotation]

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiffs need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | **A STRONG CITY & REV. DR. ANDREW D. WENMOTH** |
   | Address | **842 Taylor Avenue, Unit A** (requests non-disclosure of personal information) |
   | | **Columbus** / **Ohio** / **43219** |
   | | *City* / *State* / *Zip Code* |
   | County | **Franklin County, Ohio** |
   | Telephone Number | **(614) 233-1762** |
   | E-Mail Address | **Andrew@AStrongCity.org** |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | City of Columbus, Ohio; Andrew J. Ginther; et al. |
   | Job or Title *(if known)* | Mayor; and employees of the City of Columbus, jointly and severally |
   | Address | 90 West Broad Street |
   | | Columbus / Ohio / 43215 |
   | | *City* / *State* / *Zip Code* |
   | County | Franklin County, Ohio |
   | Telephone Number | (614) 645-7671 |
   | E-Mail Address *(if known)* | mayorsoffice@columbus.gov |

   ✨ Individual capacity    ✨ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Columbus Division of Police; Elaine Bryant; et al. |
   | Job or Title *(if known)* | Chief of Police; sworn officers; and employees, jointly and severally |
   | Address | 120 Marconi Boulevard |
   | | Columbus / Ohio / 43215 |
   | | *City* / *State* / *Zip Code* |

| | |
|---|---|
| County | Franklin County, Ohio |
| Telephone Number | (614) 645-4600 |
| E-Mail Address *(if known)* | |

✨ Individual capacity  ✨ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Columbus City Attorney; Zach Klein, et al. |
| Job or Title *(if known)* | Columbus City Attorney; and staff, jointly and severally |
| Address | 77 North Front Street |
| | Columbus / Ohio / 43215 |
| | *City / State / Zip Code* |
| County | Franklin County, Ohio |
| Telephone Number | (614) 645-7385 |
| E-Mail Address *(if known)* | cityattorney@columbus.gov |

✨ Individual capacity  ✨ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Franklin County Prosecuting Attorney; G. Gary Tyack; et al. |
| Job or Title *(if known)* | Prosecuting Attorney of Franklin County, jointly and severally |
| Address | 373 South High Street, 14th Floor |
| | Columbus / Ohio / 43215 |
| | *City / State / Zip Code* |
| County | Franklin County, Ohio |
| Telephone Number | (614) 525-3555 |
| E-Mail Address *(if known)* | prosecutor@franklincountyohio.gov |

✨ Individual capacity  ✨ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

⭐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**The Fourth, Fifth, and Fourteenth Amendments to the United States Constitution; Chapter 2921 of the Ohio Revised Code; the Crime Victims' Rights Act (18 U.S.C. § 3771); Ohio Constitution Article I, Section 10(a) and Marsy's Law as codified in the Ohio Revised Code; and other provisions of Federal and State law which will be enumerated upon entrance of competent professional representation.**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain Constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**This particular action --- the first of many long-overdue actions to remedy grievous violations of the rights of the citizenry --- names as defendants local (municipal and county) elected officials in their individual and official capacities, sworn public servants in grievous violation of their oaths, government agencies, and offices.**

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**Plaintiffs incorporate by reference herein all written accounts, video, audio, photographic, and documentary evidence published online at www.AStrongCity.org, http://YouTube.AStrongCity.org, http://Instagram.AStrongCity.org, http://Facebook.AStrongCity.org, http://Twitter.AStrongCity.org, and http://LinkedIn.AStrongCity.org and more that will be public prior to trial. This First Amendment digital content is hereby declared under penalty of perjury to be entirely truthful, factually accurate, and will be substantiated by eyewitness testimony. Much more such evidence will be made available to counsel, the parties, investigators, and Federal prosecutors.**

**Police have a duty to investigate, truthfully and accurately report, and criminally charge criminal offenses lawfully reported by citizens, and secure available evidence thereof, especially in cases such as these where admissible evidence is offered. Prosecutors have a duty to investigate, charge, and prosecute crimes they are made aware of. (In these cases, police blame prosecutors, prosecutors blame police, and both attempt to impermissibly shift the burdens of law enforcement onto victims and/or witnesses to the crimes.)**

**Municipalities, their Chief Executive Officers, department heads, and governing bodies have a duty to adequately train, supervise, oversee, and discipline their subordinates, including police officers. All of these officers and agencies have a clear duty to protect victims of and witnesses to crimes, ensure public safety, uphold the laws and Constitution, and fairly and swiftly administer justice. These defendants have failed, and continue to fail, miserably resulting in an ongoing endangerment to the citizens they are sworn to protect and serve. In addition, they are criminally complicit in serious high crimes and misdemeanors wherein they refuse to enforce the law.**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**The municipalities of Columbus, Ohio, and Dublin, Ohio, within Franklin County, in the State of Ohio.**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**The underlying crimes and criminal conduct of the defendants named herein occurred between March of 2021 through present (July 2, 2024). These violations have proven to continue until such time as the unlikely event that defendants choose to begin performing their mandatory duties fairly, consistently, and without discriminating on unlawful basis, or when this Honorable Court intervenes and remedies the gross misconduct and other criminal violations which will be proven at trial, whichever occurs first.**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

**Plaintiffs were individually and as a corporate citizen victims to, and suffered injuries and damages as a direct result of, dozens or more of brutally violent atrocities and other crimes against property, including attempted murder, sexual assault, kidnapping, unlawful restraint, robbery by force during the commission of other felonies, theft of an automobile, theft, breaking and entering, entering without breaking, vandalism, destruction of property, fraud, harassment, retaliation of a State's witness, and civil rights violations by individuals, and also employees of corporations clearly identified, known, and duly reported to the defendants with evidence more than sufficient to establish probable cause for criminal arrest and prosecution.**

**Plaintiffs were then further victimized, repeatedly, by the defendants' egregious failure to protect, wanton disregard for crime victim rights, civil rights violations, gross misconduct, criminal dereliction of duty, and other acts and omissions causing injury and property damage which is punishable under the Ohio Revised Code. Civilly liable and criminally culpable are a shocking number of officers and civilian employees of the Columbus Division of Police, attorneys employed by the Columbus City Attorney and Franklin County Prosecuting Attorney's offices who have been deliberately indifferent or outright refuse to perform their duties to prosecute reported criminal conduct including threats, retaliation, and intimidation of witnesses/victims, and by the chief executive officers who ignore their subordinates' crimes and dereliction, utterly failing and continuing to fail, refusing to perform their duties to properly train, supervise, oversee, and discipline staff and leadership after being made aware of the criminal misconduct too many times.**

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

**Plaintiffs have incurred substantial physical, emotional, psychological, and spiritual injury, tangible damages, and financial loss as a result of the defendants' reprehensible conduct and refusal to take appropriate remedial and supervisory action.**

**Personally, Rev. Dr. Andrew D. Wenmoth has suffered from Post Traumatic Stress Disorder, Major Depressive Disorder, Generalized Anxiety Disorder, Bipolar Disorder, and other debilitating conditions which prevent him from even a minimally reasonable quality of life and enjoyment thereof since being brutally attacked many times over the span of months, then stabbed three times in 2021, and the resulting trauma of not being protected physically, having his property violated without lawful recourse, and then learning the only felony case prosecuted out of the terroristic crime spree was dismissed by the Franklin County Prosecuting Attorney's office and Franklin County Court of Common Pleas in clear violation of his rights as crime victim, based upon the perjured testimony of two (2) Assistant Prosecutors alleging that he was not cooperating when, in actuality, the defendants were well aware he was undergoing treatment for the injuries sustained and still highly traumatized from the horrific violence.**

**As a result of the defendants' appalling failure to carry out their obligatory duties, left severely traumatized and utterly without support or humanitarian aid by their offices or crime victim/witness "assistance" units, Plaintiff was forced into human trafficking conditions that caused him to contract HIV. This would not have happened had defendants exercised their duties to fairly enforce the law and render the same aid and services to Plaintiff as promised to other victims of crime. Plaintiff has been transported to hospital emergency departments dozens, if not more than a hundred times because of defendants' actions and omissions, and continues to suffer horrendously daily.**

**All defendants have violated the Plaintiffs' rights as victim of and witness to crime, causing additional injury and damages. These egregious violations are criminal and Plaintiffs insist as citizens of the United States of America that they be prosecuted as such.**

**In addition, Plaintiffs rights under the Americans with Disabilities act have been and continue to be violated by these defendants.**

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiffs request **EMERGENCY INJUNCTIVE RELIEF** requiring the defendants to protect his person, the corporate entity, and their property from further crimes, abuse, harassment, and intimidation.

Plaintiffs further request a **PRELIMINARY INJUNCTION** issue requiring the defendants to perform their Constitutional and statutory duties to fairly administer justice without delay, including promptly and fully investigating crimes diligently reported by Plaintiffs, and others not documented by police due to negligence and demonstrated futility; to immediately charge and arrest the known perpetrators of said crimes to prevent additional harm to Plaintiffs and endangerment of the public; and to prosecute such offenses to the maximum extent permitted by law.

Pursuant to the Americans with Disabilities Act and other provisions of law which may apply, Plaintiffs respectfully move the Honorable Court for the reasonable accommodation of **APPOINTMENT OF COMPETENT COUNSEL** to protect and safeguard their substantial liberty and property interests during the course of these proceedings, and to aid Plaintiffs in developing, fully and fairly litigating this matter to ensure the Constitutional right of access to the Courts, to petition the government for redress, to equal protection under the law, and to due process.

Plaintiffs request an award of **PUNITIVE AND COMPENSATORY DAMAGES** in an amount to be specified with the advice and assistance of appointed counsel, and that all **COSTS AND EXPENSES** for these and related proceedings be assessed to the defendants.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*In Jesus' Mighty Name and in the significant interest of Justice… Amen.*

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**PLEASE SERVE AND NOTICE ALL DOCUMENTS VIA E-MAIL.**

Date of signing: **Tuesday, July 2, 2024**

Signature of Plaintiff *[signature]*

Printed Name of Plaintiff **REV. DR. ANDREW D. WENMOTH**

**B.     For Attorneys:**   *Woe!*

| | |
|---|---|
| Date of signing: | |
| Signature of Attorney | *[signature]* |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | **A STRONG CITY,** appearing *in propria persona* |
| Address | **842 Taylor Avenue, Unit A (requests non-disclosure for safety)** |
| | **Columbus** / *City*    **Ohio** / *State*    **43219** / *Zip Code* |
| Telephone Number | **(614) 233-1762** |
| E-mail Address | **Andrew@AStrongCity.org** |

## TABLE OF AUTHORITY

*100 Bible Verses About Justice*

**Isaiah 1:17 ESV**
Learn to do good; seek justice, correct oppression; bring justice to the fatherless, plead the widow's cause.

**Micah 6:8 ESV**
He has told you, O man, what is good; and what does the Lord require of you but to do justice, and to love kindness, and to walk humbly with your God?

**Amos 5:24 ESV**
But let justice roll down like waters, and righteousness like an ever-flowing stream.

**Proverbs 21:15 ESV**
When justice is done, it is a joy to the righteous but terror to evildoers.

**Isaiah 30:18 ESV**
Therefore the Lord waits to be gracious to you, and therefore he exalts himself to show mercy to you. For the Lord is a God of justice; blessed are all those who wait for him.

**Psalm 33:5 ESV**
He loves righteousness and justice; the earth is full of the steadfast love of the Lord.

**Isaiah 61:8 ESV**
For I the Lord love justice; I hate robbery and wrong; I will faithfully give them their recompense, and I will make an everlasting covenant with them.

**Psalm 106:3 ESV**
Blessed are they who observe justice, who do righteousness at all times!

**Ecclesiastes 3:17 ESV**
I said in my heart, God will judge the righteous and the wicked, for there is a time for every matter and for every work.

**Proverbs 21:3 ESV**
To do righteousness and justice is more acceptable to the Lord than sacrifice.

**Zechariah 7:9 ESV**
"Thus says the Lord of hosts, Render true judgments, show kindness and mercy to one another,

**Leviticus 19:15 ESV**
"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor.

**Deuteronomy 32:4 ESV**
"The Rock, his work is perfect, for all his ways are justice. A God of faithfulness and without iniquity, just and upright is he.

**Psalm 82:3 ESV**
Give justice to the weak and the fatherless; maintain the right of the afflicted and the destitute.

## TABLE OF AUTHORITY

**Proverbs 31:9 ESV**
Open your mouth, judge righteously, defend the rights of the poor and needy.

**Proverbs 28:5 ESV**
Evil men do not understand justice, but those who seek the Lord understand it completely.

**Romans 12:19 ESV**
Beloved, never avenge yourselves, but leave it to the wrath of God, for it is written, "Vengeance is mine, I will repay, says the Lord."

**Proverbs 24:24-25 ESV**
Whoever says to the wicked, "You are in the right," will be cursed by peoples, abhorred by nations, but those who rebuke the wicked will have delight, and a good blessing will come upon them.

**Psalm 37:28 ESV**
For the Lord loves justice; he will not forsake his saints. They are preserved forever, but the children of the wicked shall be cut off.

**Psalm 37:27-29 ESV**
Turn away from evil and do good; so shall you dwell forever. For the Lord loves justice; he will not forsake his saints. They are preserved forever, but the children of the wicked shall be cut off. The righteous shall inherit the land and dwell upon it forever.

**Jeremiah 22:3 ESV**
Thus says the Lord: Do justice and righteousness, and deliver from the hand of the oppressor him who has been robbed. And do no wrong or violence to the resident alien, the fatherless, and the widow, nor shed innocent blood in this place.

**Job 37:23 ESV**
The Almighty—we cannot find him; he is great in power; justice and abundant righteousness he will not violate.

**Luke 18:1-8 ESV**
And he told them a parable to the effect that they ought always to pray and not lose heart. He said, "In a certain city there was a judge who neither feared God nor respected man. And there was a widow in that city who kept coming to him and saying, 'Give me justice against my adversary.' For a while he refused, but afterward he said to himself, 'Though I neither fear God nor respect man, yet because this widow keeps bothering me, I will give her justice, so that she will not beat me down by her continual coming.'"

**Deuteronomy 16:20 ESV**
Justice, and only justice, you shall follow, that you may live and inherit the land that the Lord your God is giving you.

**Hosea 12:6 ESV**
"So you, by the help of your God, return, hold fast to love and justice, and wait continually for your God."

**Galatians 6:7 ESV**
Do not be deceived: God is not mocked, for whatever one sows, that will he also reap.

## TABLE OF AUTHORITY

**Proverbs 18:5 ESV**
It is not good to be partial to the wicked or to deprive the righteous of justice.

**Proverbs 29:7 ESV**
A righteous man knows the rights of the poor; a wicked man does not understand such knowledge.

**Zechariah 7:9-10 ESV**
"Thus says the Lord of hosts, Render true judgments, show kindness and mercy to one another, do not oppress the widow, the fatherless, the sojourner, or the poor, and let none of you devise evil against another in your heart."

**Psalm 89:14 ESV**
Righteousness and justice are the foundation of your throne; steadfast love and faithfulness go before you.

**Psalm 112:5 ESV**
It is well with the man who deals generously and lends; who conducts his affairs with justice.

**Luke 11:42 ESV**
"But woe to you Pharisees! For you tithe mint and rue and every herb, and neglect justice and the love of God. These you ought to have done, without neglecting the others.

**Matthew 5:6 ESV**
"Blessed are those who hunger and thirst for righteousness, for they shall be satisfied.

**Deuteronomy 27:19 ESV**
"'Cursed be anyone who perverts justice due to the sojourner, the fatherless, and the widow.' And all the people shall say, 'Amen.'

**Proverbs 31:8 ESV**
Open your mouth for the mute, for the rights of all who are destitute.

**Proverbs 2:8 ESV**
Guarding the paths of justice and watching over the way of his saints.

**Jeremiah 7:5-7 ESV**
"For if you truly amend your ways and your deeds, if you truly execute justice one with another, if you do not oppress the sojourner, the fatherless, or the widow, or shed innocent blood in this place, and if you do not go after other gods to your own harm, then I will let you dwell in this place, in the land that I gave of old to your fathers forever.

**Romans 13:4 ESV**
For he is God's servant for your good. But if you do wrong, be afraid, for he does not bear the sword in vain. For he is the servant of God, an avenger who carries out God's wrath on the wrongdoer.

**Psalm 37:5-6 ESV**
Commit your way to the Lord; trust in him, and he will act. He will bring forth your righteousness as the light, and your justice as the noonday.

## TABLE OF AUTHORITY

**Psalm 140:12 ESV**
I know that the Lord will maintain the cause of the afflicted, and will execute justice for the needy.

**Isaiah 56:1 ESV**
Thus says the Lord: "Keep justice, and do righteousness, for soon my salvation will come, and my righteousness be revealed.

**Luke 6:37 ESV**
"Judge not, and you will not be judged; condemn not, and you will not be condemned; forgive, and you will be forgiven;

**Amos 5:15 ESV**
Hate evil, and love good, and establish justice in the gate; it may be that the Lord, the God of hosts, will be gracious to the remnant of Joseph.

**Matthew 23:23 ESV**
"Woe to you, scribes and Pharisees, hypocrites! For you tithe mint and dill and cumin, and have neglected the weightier matters of the law: justice and mercy and faithfulness. These you ought to have done, without neglecting the others.

**Ecclesiastes 5:8 ESV**
If you see in a province the oppression of the poor and the violation of justice and righteousness, do not be amazed at the matter, for the high official is watched by a higher authority, and there are yet higher ones over them.

**Hebrews 10:30 ESV**
For we know him who said, "Vengeance is mine; I will repay." And again, "The Lord will judge his people."

**Proverbs 16:8 ESV**
Better is a little with righteousness than great revenues with injustice.

**Proverbs 2:9 ESV**
Then you will understand righteousness and justice and equity, every good path;

**Daniel 4:37 ESV**
Now I, Nebuchadnezzar, praise and extol and honor the King of heaven, for all his works are right and his ways are just; and those who walk in pride he is able to humble.

**Psalm 25:8-9 ESV**
Good and upright is the Lord; therefore he instructs sinners in the way. He leads the humble in what is right, and teaches the humble his way.

**Proverbs 25:26 ESV**
Like a muddied spring or a polluted fountain is a righteous man who gives way before the wicked.

**Job 8:3 ESV**
Does God pervert justice? Or does the Almighty pervert the right?

**Job 12:22 ESV**
He uncovers the deeps out of darkness and brings deep darkness to light.

**Isaiah 51:4-5 ESV**

## TABLE OF AUTHORITY

"Give attention to me, my people, and give ear to me, my nation; for a law will go out from me, and I will set my justice for a light to the peoples. My righteousness draws near, my salvation has gone out, and my arms will judge the peoples; the coastlands hope for me, and for my arm they wait.

**Galatians 6:2 ESV**
Bear one another's burdens, and so fulfill the law of Christ.

**Matthew 7:12 ESV**
"So whatever you wish that others would do to you, do also to them, for this is the Law and the Prophets.

**Amos 5:2 ESV**
"Fallen, no more to rise, is the virgin Israel; forsaken on her land, with none to raise her up."

**James 1:27 ESV**
Religion that is pure and undefiled before God the Father is this: to visit orphans and widows in their affliction, and to keep oneself unstained from the world.

**Matthew 12:18 ESV**
"Behold, my servant whom I have chosen, my beloved with whom my soul is well pleased. I will put my Spirit upon him, and he will proclaim justice to the Gentiles.

**Isaiah 61:8-9 ESV**
For I the Lord love justice; I hate robbery and wrong; I will faithfully give them their recompense, and I will make an everlasting covenant with them. Their offspring shall be known among the nations, and their descendants in the midst of the peoples; all who see them shall acknowledge them, that they are an offspring the Lord has blessed.

**Psalm 99:4 ESV**
The King in his might loves justice. You have established equity; you have executed justice and righteousness in Jacob.

**2 Chronicles 19:7 ESV**
Now then, let the fear of the Lord be upon you. Be careful what you do, for there is no injustice with the Lord our God, or partiality or taking bribes."

**Matthew 5:38-39 ESV**
"You have heard that it was said, 'An eye for an eye and a tooth for a tooth.' But I say to you, Do not resist the one who is evil. But if anyone slaps you on the right cheek, turn to him the other also.

**Exodus 23:6 ESV**
"You shall not pervert the justice due to your poor in his lawsuit.

**Isaiah 30:18-19 ESV**
Therefore the Lord waits to be gracious to you, and therefore he exalts himself to show mercy to you. For the Lord is a God of justice; blessed are all those who wait for him. For a people shall dwell in Zion, in Jerusalem; you shall weep no more. He will surely be gracious to you at the sound of your cry. As soon as he hears it, he answers you.

## TABLE OF AUTHORITY

**Psalm 103:6 ESV**
The Lord works righteousness and justice for all who are oppressed.

**Deuteronomy 10:18 ESV**
He executes justice for the fatherless and the widow, and loves the sojourner, giving him food and clothing.

**Micah 6:2 ESV**
Hear, you mountains, the indictment of the Lord, and you enduring foundations of the earth, for the Lord has an indictment against his people, and he will contend with Israel.

**Revelation 1:1 ESV**
The revelation of Jesus Christ, which God gave him to show to his servants the things that must soon take place. He made it known by sending his angel to his servant John,

**Amos 5:7 ESV**
O you who turn justice to wormwood and cast down righteousness to the earth!

**Isaiah 1:2 ESV**
Hear, O heavens, and give ear, O earth; for the Lord has spoken: "Children have I reared and brought up, but they have rebelled against me.

**Isaiah 61:1-11 ESV**
The Spirit of the Lord God is upon me, because the Lord has anointed me to bring good news to the poor; he has sent me to bind up the brokenhearted, to proclaim liberty to the captives, and the opening of the prison to those who are bound; to proclaim the year of the Lord's favor, and the day of vengeance of our God; to comfort all who mourn; to grant to those who mourn in Zion— to give them a beautiful headdress instead of ashes, the oil of gladness instead of mourning, the garment of praise instead of a faint spirit; that they may be called oaks of righteousness, the planting of the Lord, that he may be glorified. They shall build up the ancient ruins; they shall raise up the former devastations; they shall repair the ruined cities, the devastations of many generations. Strangers shall stand and tend your flocks; foreigners shall be your plowmen and vinedressers; ...

**Colossians 3:25 ESV**
For the wrongdoer will be paid back for the wrong he has done, and there is no partiality.

**Jeremiah 23:5 ESV**
"Behold, the days are coming, declares the Lord, when I will raise up for David a righteous Branch, and he shall reign as king and deal wisely, and shall execute justice and righteousness in the land.

**1 Kings 10:9 ESV**
Blessed be the Lord your God, who has delighted in you and set you on the throne of Israel! Because the Lord loved Israel forever, he has made you king, that you may execute justice and righteousness."

## TABLE OF AUTHORITY

**2 Samuel 15:4 ESV**
Then Absalom would say, "Oh that I were judge in the land! Then every man with a dispute or cause might come to me, and I would give him justice."

**Psalm 82:1-83:18 ESV**
A Psalm of Asaph. God has taken his place in the divine council; in the midst of the gods he holds judgment: "How long will you judge unjustly and show partiality to the wicked? Selah Give justice to the weak and the fatherless; maintain the right of the afflicted and the destitute. Rescue the weak and the needy; deliver them from the hand of the wicked." They have neither knowledge nor understanding, they walk about in darkness; all the foundations of the earth are shaken. ...

**Job 34:12 ESV**
Of a truth, God will not do wickedly, and the Almighty will not pervert justice.

**Genesis 18:19 ESV**
For I have chosen him, that he may command his children and his household after him to keep the way of the Lord by doing righteousness and justice, so that the Lord may bring to Abraham what he has promised him."

**Psalm 50:6 ESV**
The heavens declare his righteousness, for God himself is judge! Selah

**Proverbs 31:8-9 ESV**
Open your mouth for the mute, for the rights of all who are destitute. Open your mouth, judge righteously, defend the rights of the poor and needy.

**Proverbs 21:1-23:35 ESV**
The king's heart is a stream of water in the hand of the Lord; he turns it wherever he will. Every way of a man is right in his own eyes, but the Lord weighs the heart. To do righteousness and justice is more acceptable to the Lord than sacrifice. Haughty eyes and a proud heart, the lamp of the wicked, are sin. The plans of the diligent lead surely to abundance, but everyone who is hasty comes only to poverty. ...

**Proverbs 2:1-9:18 ESV**
My son, if you receive my words and treasure up my commandments with you, making your ear attentive to wisdom and inclining your heart to understanding; yes, if you call out for insight and raise your voice for understanding, if you seek it like silver and search for it as for hidden treasures, then you will understand the fear of the Lord and find the knowledge of God. ...

**Isaiah 9:7 ESV**
Of the increase of his government and of peace there will be no end, on the throne of David and over his kingdom, to establish it and to uphold it with justice and with righteousness from this time forth and forevermore. The zeal of the Lord of hosts will do this.

## TABLE OF AUTHORITY

**Psalm 33:2 ESV**
Give thanks to the Lord with the lyre; make melody to him with the harp of ten strings!

**Isaiah 45:21 ESV**
Declare and present your case; let them take counsel together! Who told this long ago? Who declared it of old? Was it not I, the Lord? And there is no other god besides me, a righteous God and a Savior; there is none besides me.

**Psalm 101:1 ESV**
A Psalm of David. I will sing of steadfast love and justice; to you, O Lord, I will make music.

**Habakkuk 1:4 ESV**
So the law is paralyzed, and justice never goes forth. For the wicked surround the righteous; so justice goes forth perverted.

**2 Chronicles 9:8 ESV**
Blessed be the Lord your God, who has delighted in you and set you on his throne as king for the Lord your God! Because your God loved Israel and would establish them forever, he has made you king over them, that you may execute justice and righteousness."

**Proverbs 17:23 ESV**
The wicked accepts a bribe in secret to pervert the ways of justice.

**Proverbs 29:26 ESV**
Many seek the face of a ruler, but it is from the Lord that a man gets justice.

**Isaiah 5:23 ESV**
Who acquit the guilty for a bribe, and deprive the innocent of his right!

**Psalm 58:11 ESV**
Mankind will say, "Surely there is a reward for the righteous; surely there is a God who judges on earth."

**Matthew 5:2 ESV**
And he opened his mouth and taught them, saying:

**Jeremiah 9:23-24 ESV**
Thus says the Lord: "Let not the wise man boast in his wisdom, let not the mighty man boast in his might, let not the rich man boast in his riches, but let him who boasts boast in this, that he understands and knows me, that I am the Lord who practices steadfast love, justice, and righteousness in the earth. For in these things I delight, declares the Lord."

**Psalm 37:2 ESV**
For they will soon fade like the grass and wither like the green herb.

**Exodus 23:3 ESV**
Nor shall you be partial to a poor man in his lawsuit.

**Exodus 23:2 ESV**
You shall not fall in with the many to do evil, nor shall you bear witness in a lawsuit, siding with the many, so as to pervert justice,

## TABLE OF AUTHORITY

**John 3:16-17 ESV**
"For God so loved the world, that he gave his only Son, that whoever believes in him should not perish but have eternal life. For God did not send his Son into the world to condemn the world, but in order that the world might be saved through him.

**1 Chronicles 18:14 ESV**
So David reigned over all Israel, and he administered justice and equity to all his people.

*[Adapted from "What Does the Bible Say About Justice?" (openbible.info)]*

## EVIDENCE & DECLARATION

Plaintiffs hereby incorporate by reference all written accounts, video, audio, photographic, and documentary evidence published online at:

- www.AStrongCity.org
- http://YouTube.AStrongCity.org
- http://Instagram.AStrongCity.org
- http://Facebook.AStrongCity.org
- http://Twitter.AStrongCity.org
- http://LinkedIn.AStrongCity.org
- and more that will be public prior to trial.

This electronic work product and public digital content is published and protected by the First Amendment to the United States Constitution and will be substantiated by eyewitness testimony, yet has been threatened by prospective defendants to litigation and others.

Plaintiffs MOVE the Honorable Court to issue an Order preventing any lower court, individual, or corporation from removing, altering, or otherwise tampering with this evidence other than the publisher, Plaintiffs herein. Plaintiffs also MOVE for an Order requiring the protection of their person and property during the pendency of this litigation, in light of evidenced threats to life, liberty, property, and other harm, intimidation, and retaliation.

Much more such evidence will be published and/or made available to counsel, the parties, investigators, prosecutors, and other law enforcement.



I declare under penalty of perjury that the foregoing, and all content published electronically which is available at the Internet locations referenced therein, is true and accurate.

**REV. DR. ANDREW D. WENMOTH**
Ordained Minister of GOD
President & CEO, A STRONG CITY
842 Taylor Avenue, Unit A
Columbus, Ohio 43215
Andrew@AStrongCity.org
(614) 233-1762